AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ROBLOX CORPORATION

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

*Defendant(s)*

Civil Action No. 1:26-cv-06132-VM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin Yi
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 12, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

Civil Action No. 1:26-cv-06132-VM

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

was received by me on *(date)* 08/12/2026 .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

☑ Other *(specify)*: On August 13, 2026, I sent an email containing the Summons, Complaint, Order to Show Cause for Preliminary Injunction and Temporary Restraining Order ("OSC"), and the Court's August 3 order extending the temporary restraining order and other deadlines, and a link to a website containing aforementioned pleadings to the email . addresses for Defendants identified in Schedule A to the Complaint provided to Plaintiff by third parties, pursuant to the service method permitted in the OSC.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/13/2026

/s/ Martin Yi
*Server's signature*

Martin Yi, Plaintiff's attorney
*Printed name and title*

55 Hudson Yards, 20th Floor, New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBLOX CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1-26-cv-06132-VM

## SCHEDULE A TO COMPLAINT

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 1 | 630shizhengfang | https://us.shein.com/store/home?store_code=2569562954 |
| 2 | AAVNHTJ | https://us.shein.com/store/home?store_code=6829337447 |
| 3 | AGILETRADE | https://us.shein.com/store/home?store_code=3551007475 |
| 4 | aoscapcas | https://us.shein.com/store/home?store_code=9970959866 |
| 5 | Artis·1·1anCraft | https://us.shein.com/store/home?store_code=7621161303 |
| 6 | ARVEN STUDIO | https://us.shein.com/store/home?store_code=7719384007 |
| 7 | auigyuagah | https://us.shein.com/store/home?store_code=4435174477 |
| 8 | bdjhj | https://us.shein.com/store/home?store_code=5340644433 |
| 9 | Better Blankets | https://us.shein.com/store/home?store_code=5926350854 |
| 10 | Blanket-Star | https://us.shein.com/store/home?store_code=2500835923 |
| 11 | BloomMuse | https://us.shein.com/store/home?store_code=2139096353 |
| 12 | Canvas Echo | https://us.shein.com/store/home?store_code=7544871730 |
| 13 | Casual Stitch Supply | https://us.shein.com/store/home?store_code=7425299918 |
| 14 | cexim | https://us.shein.com/store/home?store_code=1635349618 |
| 15 | Chen Fuhao | https://us.shein.com/store/home?store_code=8266836577 |
| 16 | Chenshao shop | https://us.shein.com/store/home?store_code=7765920620 |
| 17 | CHICLY19 | https://us.shein.com/store/home?store_code=4263160788 |
| 18 | Chunyue--shop | https://us.shein.com/store/home?store_code=6217510199 |
| 19 | Cigangwan shop | https://us.shein.com/store/home?store_code=4444734180 |
| 20 | CLEAR Swimwear Store | https://us.shein.com/store/home?store_code=3904860588 |
| 21 | cnfgh | https://us.shein.com/store/home?store_code=9482766292 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 22 | Coffe11·1eJoy | https://us.shein.com/store/home?store_code=5026629300 |
| 23 | Daily Tee Hub | https://us.shein.com/store/home?store_code=5229215765 |
| 24 | Dazzle Dd | https://us.shein.com/store/home?store_code=3759112882 |
| 25 | DJIAHFA | https://us.shein.com/store/home?store_code=5254083555 |
| 26 | DONggen | https://us.shein.com/store/home?store_code=6313184370 |
| 27 | dongsuqing | https://us.shein.com/store/home?store_code=8255625455 |
| 28 | DouglasLar | https://us.shein.com/store/home?store_code=5511336251 |
| 29 | Dream like | https://us.shein.com/store/home?store_code=5665337960 |
| 30 | egreght | https://us.shein.com/store/home?store_code=8725908956 |
| 31 | Emerald Valley | https://us.shein.com/store/home?store_code=8182864891 |
| 32 | Exquisite kitchenware | https://us.shein.com/store/home?store_code=2288971030 |
| 33 | EZHONGTE | https://us.shein.com/store/home?store_code=2541026551 |
| 34 | Family Arcade | https://us.shein.com/store/home?store_code=6476362513 |
| 35 | fan112233 | https://us.shein.com/store/home?store_code=1228393390 |
| 36 | Fashion Home Workshop | https://us.shein.com/store/home?store_code=7961025871 |
| 37 | fengchusm | https://us.shein.com/store/home?store_code=7287267895 |
| 38 | fgdfhdfsj | https://us.shein.com/store/home?store_code=8654745507 |
| 39 | fh mn mklll | https://us.shein.com/store/home?store_code=4640898283 |
| 40 | FloraVerse | https://us.shein.com/store/home?store_code=6177579394 |
| 41 | Frost & Fern | https://us.shein.com/store/home?store_code=5290056166 |
| 42 | gaoguanlindedianpu | https://us.shein.com/store/home?store_code=2959395464 |
| 43 | gededjej | https://us.shein.com/store/home?store_code=4649066250 |
| 44 | GETIFIT888 | https://us.shein.com/store/home?store_code=2065554267 |
| 45 | Graphiculture | https://us.shein.com/store/home?store_code=7192008865 |
| 46 | GreenUrban | https://us.shein.com/store/home?store_code=2760131931 |
| 47 | haopingsm | https://us.shein.com/store/home?store_code=6181761875 |
| 48 | Havenly Home | https://us.shein.com/store/home?store_code=1697075401 |
| 49 | Havi | https://us.shein.com/store/home?store_code=8321183266 |
| 50 | HBHCN | https://us.shein.com/store/home?store_code=5296328515 |
| 51 | HOJAYEV SOLUTIONSINC | https://us.shein.com/store/home?store_code=9539159967 |
| 52 | IDEARIUMXU | https://us.shein.com/store/home?store_code=6176374535 |
| 53 | jhfhgjkzdvxfxb | https://us.shein.com/store/home?store_code=5850747881 |
| 54 | KROME | https://us.shein.com/store/home?store_code=1428998278 |
| 55 | Leadbrand | https://us.shein.com/store/home?store_code=7979151576 |
| 56 | LEMINSHOP | https://us.shein.com/store/home?store_code=4245896801 |
| 57 | LEUy8QsPwRKjVe | https://us.shein.com/store/home?store_code=1721115272 |
| 58 | liudede | https://us.shein.com/store/home?store_code=4916928489 |
| 59 | LUYNES | https://us.shein.com/store/home?store_code=6974079856 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 60 | Mesa Cloth | https://us.shein.com/store/home?store_code=8796101703 |
| 61 | Minimal Quintessence | https://us.shein.com/store/home?store_code=9938519957 |
| 62 | MOUHUAIWU | https://us.shein.com/store/home?store_code=6570933197 |
| 63 | MRATION | https://us.shein.com/store/home?store_code=7158665783 |
| 64 | MZ ZONE | https://us.shein.com/store/home?store_code=4215407955 |
| 65 | oiwqheion | https://us.shein.com/store/home?store_code=7423824163 |
| 66 | pengguoandedian | https://us.shein.com/store/home?store_code=2502599227 |
| 67 | PLACEITOR | https://us.shein.com/store/home?store_code=7011856932 |
| 68 | Pure Clear Gate Easy | https://us.shein.com/store/home?store_code=4896186584 |
| 69 | Putian Taiti | https://us.shein.com/store/home?store_code=4331998158 |
| 70 | QWZBYLK | https://us.shein.com/store/home?store_code=9809911912 |
| 71 | Re vive Relics | https://us.shein.com/store/home?store_code=9202066562 |
| 72 | rlvjxohw | https://us.shein.com/store/home?store_code=8415435134 |
| 73 | RomanticHome | https://us.shein.com/store/home?store_code=2877571113 |
| 74 | RR2j0g6wfmFBr | https://us.shein.com/store/home?store_code=2422288011 |
| 75 | sanzhim | https://us.shein.com/store/home?store_code=6638851190 |
| 76 | SENYANG SAOHU | https://us.shein.com/store/home?store_code=7484689950 |
| 77 | SGJLnb | https://us.shein.com/store/home?store_code=7799948046 |
| 78 | Shabana Mumtaz | https://us.shein.com/store/home?store_code=5464945058 |
| 79 | shiyso2u1 d shop | https://us.shein.com/store/home?store_code=3518447261 |
| 80 | SHKENLIDAN SHOP | https://us.shein.com/store/home?store_code=9661115942 |
| 81 | Shop5Rafael | https://us.shein.com/store/home?store_code=5580086890 |
| 82 | SOOKUANG | https://us.shein.com/store/home?store_code=4436670979 |
| 83 | Sovereignx | https://us.shein.com/store/home?store_code=5882501736 |
| 84 | StrataLux | https://us.shein.com/store/home?store_code=8481530882 |
| 85 | SummitStrive | https://us.shein.com/store/home?store_code=8592727578 |
| 86 | Swiftly TRANDING | https://us.shein.com/store/home?store_code=5930044747 |
| 87 | temmxpqem | https://us.shein.com/store/home?store_code=3782797356 |
| 88 | Terraforming Mist | https://us.shein.com/store/home?store_code=2906242440 |
| 89 | TRNDHUB | https://us.shein.com/store/home?store_code=1424671883 |
| 90 | Tune Clear Hub | https://us.shein.com/store/home?store_code=6004687507 |
| 91 | TYTYUUI | https://us.shein.com/store/home?store_code=3845770861 |
| 92 | VCXBJKMHFG | https://us.shein.com/store/home?store_code=3375445551 |
| 93 | WANGWENDI | https://us.shein.com/store/home?store_code=4626277344 |
| 94 | Wanimy | https://us.shein.com/store/home?store_code=3918058729 |
| 95 | Wildeclothmart | https://us.shein.com/store/home?store_code=6189983965 |
| 96 | WORLD TRADE SPOTLIGH | https://us.shein.com/store/home?store_code=3469196359 |
| 97 | wuxiujiandedianpu | https://us.shein.com/store/home?store_code=8931816250 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 98 | xcsdgbcv | https://us.shein.com/store/home?store_code=8107729799 |
| 99 | xcvfjmh b | https://us.shein.com/store/home?store_code=2625878993 |
| 100 | xdgdfsxh | https://us.shein.com/store/home?store_code=5536481129 |
| 101 | xiaoaitongxue | https://us.shein.com/store/home?store_code=7801461751 |
| 102 | xunmiaomaoyi | https://us.shein.com/store/home?store_code=1878482831 |
| 103 | yadibuzhendang | https://us.shein.com/store/home?store_code=8579295190 |
| 104 | Yikaimeirui | https://us.shein.com/store/home?store_code=6261052912 |
| 105 | Your own wardrobe1 | https://us.shein.com/store/home?store_code=5980053550 |
| 106 | YOUYOU Garment | https://us.shein.com/store/home?store_code=5406391693 |
| 107 | YSJ96njXDFkWQ7wA | https://us.shein.com/store/home?store_code=1371309812 |
| 108 | Yueboshang shop | https://us.shein.com/store/home?store_code=3605390722 |
| 109 | yyc Versatile clothing store | https://us.shein.com/store/home?store_code=3997193088 |
| 110 | ZephyrAxis | https://us.shein.com/store/home?store_code=7679130389 |
| 111 | ZestYard Apparel | https://us.shein.com/store/home?store_code=9273272231 |
| 112 | ZHANCHEGH SHOP | https://us.shein.com/store/home?store_code=4580270344 |
| 113 | zhangxiangfujiaju | https://us.shein.com/store/home?store_code=2292617240 |
| 114 | zhummmkh | https://us.shein.com/store/home?store_code=9467156753 |
| 115 | zhuzhougongfenfushangmaodian | https://us.shein.com/store/home?store_code=1875463166 |
| 116 | skycallsmt | https://www.walmart.com/reviews/seller/101695265 |